# McLaughlin & Stern, LLP
### Founded 1898

**Jacqueline C. Gerrald**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 Madison Avenue
New York, New York 10016
(212) 448–1100
Fax (212) 448–0066
www.mclaughlinstern.com

Clark, New Jersey
Garden City, New York
Millbrook, New York
Westport, Connecticut
West Palm Beach, Florida
Naples, Florida

June 14, 2023

**Via ECF**
Hon. Lorna G. Schofield, U.S.D.J.
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: <u>NuAxess 2 Inc. v. Turkish Airlines Inc.</u>, Case No.: 23-cv-03137-LGS

Dear Judge Schofield:

This firm represents Turkish Airlines Inc. and Türk Hava Yollari Anonim Ortakligi d/b/a Turkish Airlines ("THY") (both Turkish Airlines, Inc. and THY are referred to collectively herein as "Defendants") in the above-referenced action. We write this letter to respectfully request an adjournment of the initial pretrial conference which is currently scheduled for June 21, 2023[1] at 4:00 PM. This request is made with the consent of counsel for the Plaintiff. This is the first request for an adjournment.

We respectfully propose the following dates:

- June 27, 2023
- June 29, 2023 (AM)
- Any day the week of July 10, 2023

Application **GRANTED**. The initial pretrial conference scheduled for June 21, 2023, is adjourned to **July 12, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **July 5, 2023, at 12:00 P.M**. The anticipated motion to dismiss will be discussed at the conference.

Dated: June 14, 2023
New York, New York

**Lorna G. Schofield**
**United States District Judge**

---

[1] Counsel for Defendants, Jacqueline C. Gerrald, will be renewing her wedding vows on that date.

{N0614845.1}

In addition, both parties also request an adjournment of the deadline to submit the joint letter and proposed civil case management plan and scheduling order which is currently due today, June 14th.

                      Respectfully submitted,
                      McLaughlin & Stern, LLP

                      By:    /s/ *Jacqueline C. Gerrald*