**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
NUAXESS 2 INC.,
                        Plaintiff,

            -against-

TURKISH AIRLINES INC., et al.,
                      Defendants.
------------------------------------------------------------------- X

23 Civ. 3137 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference is scheduled in this action for July 12, 2023, at 4:00 P.M.  It is hereby

**ORDERED** that the conference scheduled for July 12, 2023, at 4:00 P.M., is **adjourned** to **July 14, 2023, at 3:45 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: July 11, 2023
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**