**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
NUAXESS 2 INC.,
                            Plaintiff,

            -against-

TURKISH AIRLINES INC., et al.,
                         Defendants.
------------------------------------------------------------------- X

23 Civ. 3137 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on July 14, 2023. For reasons discussed at the conference, it is hereby

    **ORDERED** that, by **July 28, 2023**, Plaintiff shall file an amended complaint. A case management plan will issue separately.

Dated: July 18, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**