# Exhibit A



140 Broadway 46th Floor
New York, NY 10005
212-991-8268

# InsurZoom.com Brokerage Inc.

**Monthly Billing invoice**

Bill To:
Turkish Airlines Inc.
350 Fifth Avenue, Suite 7510
New York, NY 10118

| | |
|---|---|
| Invoice Number: | TA1020 |
| Month: | October 2020 |
| Billing Date: | 9/21/2020 |
| Payment Due: | 9/30/2020 |

Group: 32159

| Description | Amount |
|---|---|
| Cigna - Medical - Platinum Plan | $ 273,307.96 |
| Previous Month's Outstanding Balance | $ - |
| **Grand Total** | **$ 273,307.96** |

<span style="color:red">Effective on January 1, 2020, a 1% fee will be assessed to the balance of any outstanding invoice amount that is not received by the due date, 1st of every month. Please note, the plan has a 30-day grace period. If the premium has not been received by the end of the month of the due date, your cancellation will take effect on the last day of the month premium was fully paid.</span>

**Payment Option:**

Wire Instructions

Bank: Bank of America
Routing Number: ▮▮▮▮
Account Number: ▮▮▮▮
Account Name: Insurzoom.com Brokerage Inc.

| Cigna | | | |
|---|---|---|---|
| *Medical Platinum Plan* | | | |
| Election | Rate | Quantity | Total |
| EE | $ 899.00 | 59 | $ 53,041.00 |
| EE & S | $ 1,210.00 | 32 | $ 38,720.00 |
| EE & Child(ren) | $ 1,123.00 | 16 | $ 17,968.00 |
| Full Family | $ 1,514.62 | 108 | $ 163,578.96 |
| Adjustments* | | | $ - |
| **Cigna Total** | | 215 | **$ 273,307.96** |



# InsurZoom.com Brokerage Inc.

| | Employees by state | | | |
|---|---|---|---|---|
| | San Francisco | Miami / FL | Georgia | Chicago / Ill |
| EE | 7 | 2 | 3 | 6 |
| EE & S | 2 | 3 | 3 | 2 |
| EE & Child(ren) | 1 | 1 | 1 | 5 |
| Full Family | 7 | 9 | 8 | 12 |
| | 17 | 15 | 15 | 25 |
| | Boston / MA | Virginia | NY / NJ | Los Angeles |
| EE | 4 | 6 | 18 | 10 |
| EE & S | 3 | 3 | 13 | 1 |
| EE & Child(ren) | 0 | 0 | 3 | 2 |
| Full Family | 8 | 9 | 32 | 11 |
| | 15 | 18 | 66 | 24 |
| | Houston / TX | | | |
| EE | 3 | | | |
| EE & S | 2 | | | |
| EE & Child(ren) | 3 | | | |
| Full Family | 12 | | | |
| | 20 | | | |



140 Broadway 46th Floor
New York, NY 10005
212-991-8268

# InsurZoom.com Brokerage Inc.

Bill To:                                   **Monthly Billing invoice**

Turkish Airlines Inc.                         Invoice Number:   TA1020
350 Fifth Avenue, Suite 7510                  Month:   October
New York, NY 10118                           Billing Date:   9/21/2020

Payment Due:   9/30/2020

| Description | Amount |
|---|---|
| Guardian - Dental | $ 20,993.43 |
| VSP - Vision | $ 2,932.39 |
|  |  |
| Previous Month's Outstanding Balance | $ - |
|  |  |
| **Grand Total** | **$ 23,925.82** |

<span style="color:red">Effective on January 1, 2020, a 1% fee will be assessed to the balance of any outstanding invoice amount that is not received by the due date, 1st of every month.  Please note, the plan has a 30-day grace period. If the premium has not been received by the end of the month of the due date, your cancellation will take effect on the last day of the month premium was fully paid.</span>

        

| Guardian Dental | | | | VSP - Vision VSP | | | |
|---|---|---|---|---|---|---|---|
| *PPO - Dental Guard Preferred* | | | | *Choice Network* | | | |
| Election | Rate | Quantity | Total | Election | Rate | Quantity | Total |
| EE | $ 38.75 | 60 | $ 2,325.00 | EE | $ 6.82 | 58 | $ 395.56 |
| EE & S | $ 78.66 | 34 | $ 2,674.44 | EE & S | $ 11.48 | 34 | $ 390.32 |
| EE & Child(ren) | $ 89.93 | 14 | $ 1,259.02 | EE & Child(ren) | $ 11.70 | 14 | $ 163.80 |
| Full Family | $ 137.71 | 107 | $ 14,734.97 | Full Family | $ 18.53 | 107 | $ 1,982.71 |
| Adjustments* |  |  | $ - | Adjustments* |  |  | $ - |
| **Guardian Total** |  | 215 | **$ 20,993.43** | **VSP Total** |  | 213 | **$ 2,932.39** |

**Payment Option:**

**Wire Instructions**
**Bank:** Bank of America
**Routing Number:** ▮▮▮▮▮▮▮▮
**Account Number:** ▮▮▮▮▮▮▮▮
**Account Name:** Insurzoom.com Brokerage Inc.

# Insurzoom.com Brokerage Inc.

**Guardian**                                         **Dental**

| | Employees by state | | | |
|---|---|---|---|---|
| | San Francisco | Miami / FL | Georgia | Chicago / ILL |
| EE | 7 | 2 | 3 | 7 |
| EE & S | 2 | 3 | 3 | 2 |
| EE & Child(ren) | 1 | 1 | 1 | 5 |
| Full Family | 7 | 9 | 8 | 11 |
| | 17 | 15 | 15 | 25 |
| | Boston / MA | Virginia | NY / NJ | Los Angeles |
| EE | 4 | 6 | 18 | 10 |
| EE & S | 3 | 3 | 15 | 1 |
| EE & Child(ren)* | 0 | 0 | 2 | 2 |
| Full Family | 8 | 9 | 31 | 11 |
| | 15 | 18 | 66 | 24 |
| | Houston / TX | | | |
| EE | 3 | | | |
| EE & S | 2 | | | |
| EE & Child(ren) | 2 | | | |
| Full Family | 13 | | | |
| | 20 | | | |

   **Vision**

| | Employees by state | | | |
|---|---|---|---|---|
| | San Francisco | Miami / FL | Georgia | Chicago / ILL |
| EE | 7 | 1 | 3 | 6 |
| EE & S | 2 | 3 | 3 | 2 |
| EE & Child(ren) | 1 | 1 | 1 | 4 |
| Full Family | 7 | 9 | 8 | 12 |
| | 17 | 14 | 15 | 24 |
| | Boston / MA | Virginia | NY / NJ | Los Angeles |
| EE | 4 | 6 | 18 | 10 |
| EE & S | 3 | 3 | 15 | 1 |
| EE & Child(ren)* | 0 | 0 | 2 | 2 |
| Full Family | 8 | 9 | 31 | 11 |
| | 15 | 18 | 66 | 24 |
| | Houston / TX | | | |
| EE | 3 | | | |
| EE & S | 2 | | | |
| EE & Child(ren) | 3 | | | |
| Full Family | 12 | | | |
| | 20 | | | |

# ACK Mesajı

 VakıfBank

| | |
|---|---|
| Kullanıcı | :EVENTHNDLR |
| Döküman Tarihi | :20200928103904 |
| Mesaj Tarihi | :28.09.2020 10:38:59 |
| Mesaj Tipi / Türü | :I / 103 |
| Mesaj Referansı | :S014263020032089 |
| Gönderen Banka | :TVBATR2AFEX |
| | TURKIYE VAKIFLAR BANKASI T.A.O. - (TREASURY DEPARTMENT) - ANKARA - TURKEY |
| Alıcı Banka | :CITIUS33XXX |
| | CITIBANK N.A. -  - NEW YORK,NY - UNITED STATES |
| Oturum Numarası | :9992 |
| Mesaj Numarası | :880463 |
| UETR | :2e3e12f8-8d12-4bfa-9a18-bbdfcb38fb9e |

:20: Sender's Reference
S014263020032089
:23B: Bank Operation Code
CRED
:32A: Value Date/ Currency/Interbank Settled Amount
200928
USD
300.093,82
:33B: Currency/Instructed Amount
USD
300.093,82
:50F: Ordering Customer-Name & Address
▮▮▮▮▮▮▮▮▮▮▮▮▮▮
1/TURK HAVA YOLLARI AO
2/YESILKOY MAH. HAVAALANI CADDESI N
3/TR/ISTANBUL 34149
▮▮▮▮▮▮▮
:53A: Sender's Correspondent
/36153156
TVBATR2AFEX
TURKIYE VAKIFLAR BANKASI T.A.O. - (TREASURY DEPARTMENT) - ANKARA - TURKEY
:57A: Account With Institution
BOFAUS3NXXX
BANK OF AMERICA, N.A. -  - NEW YORK,NY - UNITED STATES
:59: Beneficiary Customer
/▮▮▮▮▮▮▮▮▮▮

INSURZOOM.COM BROKERAGE INC.
140 BROADWAY 46TH FLOOR NEW YORK
:70:   Remittance Information
TURKISH AIRLINES MEDICAL DENTAL INV
OICE FOR OCT INSURANCEOCT 23092020
:71A:  Details Of Charges
OUR
:72:   Sender To Receiver Information
/OUROUR/