# WOODS LONERGAN PLLC

ATTORNEYS AT LAW

woodslaw.com

One Grand Central Place
60 East 42nd St., Suite 1410
New York, NY 10165
Tel: 212 684 2500
Fax: 212 684 2512

Wednesday, December 6, 2023

James F. Woods, Esq.
jwoods@woodslaw.com

Lawrence Lonergan, Esq.
llonergan@woodslaw.com

Annie E. Causey, Esq.
acausey@woodslaw.com

Application **GRANTED**.  By **December 11, 2023**, the parties shall submit any joint letter requesting a stay of discovery, along with a proposed schedule to complete document discovery by January 30, 2024, and a proposed date by which to complete mediation.  The Court is prepared to temporarily stay the deposition deadline if the parties complete document discovery and schedule mediation in a timely manner.

Dated: December 8, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>
Hon. Lorna G. Schofield, U.S.D.J.
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Re:   NuAxess 2 Inc. v. Turkish Airlines Inc.
      Case No.: 23-cv-03137-LGS

Dear Judge Schofield:

This firm represents NuAxess 2 Inc. ("Plaintiff" or "NuAxess") in the above-referenced action ("Action").  Turkish Airlines, Inc. ("Turkish") and Türk Hava Yollari Anonim Ortakligi ("THY") (together, "THY Defendants") are represented by McLaughlin & Stern LLP.

The Court ordered that by 12/5/2023, the parties were to file a letter with the Court disclosing the names of deponents, their roles, and deposition dates.

Based on the parties' telephonic application to the Court on 12/5/2023, the Court has permitted the parties to instead submit this letter by 12/6/2023 to request a stay of discovery in the Action to permit them to pursue mediation.  Plaintiff is amenable to mediation as are the THY Defendants but wish to conserve resources while pursuing mediation.  Today, counsel for the THY Defendants learned that approval was needed from certain representatives in Turkey which has not yet been obtained.  Therefore, we respectfully request additional time to submit the letter.

We thank the Court for its time and attention to the parties' request.

Respectfully submitted,

Annie E. Causey, Esq.

CC: All counsel of record *via* ECF.